1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS JORDAN,                    )      No. C 09-00080 JF (PR)
                                  )
                Plaintiff,        )      ORDER OF DISMISSAL
                                  )
        vs.                       )
                                  )
                                  )
CITY AND COUNTY OF SAN            )
FRANCISCO,                        )
                                  )
                Defendants.       )
_____)

        On January 8, 2009, Plaintiff filed the instant civil rights complaint in pro se

pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion for leave to proceed in forma

pauperis which was insufficient for lack of necessary documents, so on the same day the

Clerk of the Court sent Plaintiff a notice directing him to file a complete application or

pay the filing fee within thirty days of the notice.  On February 26, 2009, the notice

mailed to Plaintiff was returned by mail to the Clerk of the Court as undeliverable

because Plaintiff was no longer in custody.  (Docket No. 4.)  As of the date of this order,

Plaintiff has not updated his address with the Court or submitted any further pleadings in

this case.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Northern District Local Rule 3-11 a party proceeding <u>pro</u> <u>se</u> must promptly file a notice of change of address while an action is pending.  <u>See</u> L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the <u>pro</u> <u>se</u> party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the <u>pro</u> <u>se</u> party indicating a current address.  <u>See</u> L.R. 3-11(b).

More than sixty days have passed since the Court's order addressed to Plaintiff was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.  Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

IT IS SO ORDERED.

DATED: ___5/14/09_____

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


THOMAS JORDAN,

             Plaintiff,

  v.

SF CITY & COUNTY, et al.,

             Defendants.

_____/

Case Number: CV09-00080 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/19/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Thomas Jordan 2370206
P.O. Box67
San Bruno, CA 94066


Dated: _____5/19/09_____

                    Richard W. Wieking, Clerk